United States District Court
For the Northern District of California

1
2
3          IN THE UNITED STATES DISTRICT COURT
4         FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
7    XIUFANG SITU, et al.,

8                    Plaintiffs,                NO. C06-2841 TEH

9         v.                                    ORDER VACATING
                                                PLAINTIFFS' MOTION FOR
10   MICHAEL O. LEAVITT,                        CLASS CERTIFICATION
                                                WITHOUT PREJUDICE
11                   Defendant.

12

13        The Court is in receipt of Plaintiffs' motion for class certification, Defendant's

14   opposition thereto, and Plaintiffs' unopposed request for an extension of time and page limits

15   for their reply brief.  Upon careful review of the parties' papers, the Court finds good cause

16   to exercise its inherent discretion to manage its docket by VACATING Plaintiffs' motion for

17   class certification without prejudice.  As Defendant points out in his opposition papers, the

18   deadline for responding to the complaint is not until June 30.  Because Defendant intends to

19   file a motion to dismiss some or all of Plaintiffs' claims, the Court agrees that it would be

20   prudent to defer consideration of Plaintiffs' motion for class certification until after

21   Defendant's potentially dispositive motion is resolved.  This is especially the case where, as

22   here, Defendant intends to raise challenges to the Court's jurisdiction.  As the Ninth Circuit

23   has explained, "[u]ntil [plaintiffs] can show themselves aggrieved in the sense that they are

24   entitled to the relief sought, there is no occasion for the court to wrestle with the problems

25   presented in considering whether the action may be maintained on behalf of the [proposed]

26   class.  Until a claim on their own behalf is alleged by the named plaintiffs they have failed to

27   allege an actual case or controversy."  *Boyle v. Madigan*, 492 F.2d 1180, 1182 (9th Cir.

28   1974).

United States District Court

For the Northern District of California

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Plaintiffs' motion for class certification is VACATED without prejudice.  To the

3    extent that Plaintiffs' case survives Defendant's intended motion to dismiss, Plaintiffs may

4    renew their motion after the Court issues its ruling on Defendant's motion.

5    2.  Plaintiffs' request for an extension of time and page limits is VACATED as moot.

6    Plaintiffs may renew their request at the appropriate time, but the parties are advised that the

7    Court will not grant a stipulation to continue the briefing schedule without a corresponding

8    continuance of the hearing date.

9    3.  Defendant shall, as indicated in his opposition, file his intended motion to dismiss

10   on or before **June 30, 2006.**  The motion shall be noticed for hearing on **Monday, August 7,**

11   **2006, at 10:00 AM**, unless the parties are unavailable on that date and wish to schedule the

12   hearing for a subsequent Monday.  The briefing schedule under the Civil Local Rules shall

13   apply unless otherwise ordered.

14

15   **IT IS SO ORDERED.**

16

17   Dated:   06/02/06

18   THELTON E. HENDERSON, JUDGE
     UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

2