FILED

JUN 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JEANNE FINBERG  Bar No. 88333
2  National Senior Citizens Law Center
   1330 Broadway, Suite 525
3  Oakland, CA 94612
   Tel.: (510) 663-1055; Fax: (510) 663-1051
4

5  PATRICIA NEMORE
   VICKI GOTTLICH
6  Center for Medicare Advocacy, Inc.
   1101 Vermont Ave, Suite 1001
7  Washington, DC 20005
   Tel.: (202) 216-0028; Fax: (202) 216-0119
8

9  GILL DEFORD
   Center for Medicare Advocacy, Inc.
10 P.O. Box 350
   Willimantic, CT 06226
11 Tel.: (860) 456-7790; Fax: (860) 456-2614
12 Attorneys for Plaintiffs

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA
15
   XIUFANG SITU, JOSEPHINE GUIN, BOBBI  )
16 BEER, WILLARD ELLIS, KAZIMIERA       )
17 SOKOLOWSKI, ROSA BEGUN, IRENE        )  CIVIL ACTION NO.: C06-02841   TEH
   CRAM, JO ANN BURBES, MILDRED         )
18 SNIDER, LILLIAN EMERY, VINCENT       )  PLAINTIFFS'
   PERILLO, CALIFORNIA ALLIANCE FOR     )  [PROPOSED] ORDER GRANTING
19 RETIRED AMERICANS, ACTION            )  STIPULATION REGARDING
20 ALLIANCE OF SENIOR CITIZENS OF       )  PLAINTIDDS' MOTIONS FOR
   GREATER PHILADELPHIA, ILLINOIS       )  INTERVENTION AND CLASS
21 NETWORK OF CENTERS FOR               )  CERTIFICATION AND DEFENDANT'S
   INDEPENDENT LIVING and STONE-HAYES)     MOTION TO DISMISS
22 CENTER FOR INDEPENDENT LIVING        )
23 on behalf of themselves and all others similarly )
   situated,                            )
24                     Plaintiffs,      )
25        v.                            )
                                        )
26 MICHAEL O. LEAVITT,                  )
   Secretary of Health and Human        )
27 Services,                            )
28                     Defendant.       )

The parties have stipulated to these actions and therefore,

The COURT ORDERS:

1. Plaintiffs may file a Second Amended Complaint combining the allegations in the First Amended Complaint and the proposed Complaint in Intervention by June 30, 2006.

2. Defendant will file a Motion to Dismiss by July 14, 2006. Plaintiffs will file a response to the Motion to Dismiss by August 4, 2006, and Defendant will file a Reply by August 11, 2006.

3. Plaintiffs will file a Reply in support of their Class Motion by August 10, 2006.

4. A hearing on the Motion to Dismiss and Plaintiffs' Motion for Class Certification will be held on August 28, 2006, at 10:00 AM.

Dated: 6/30/06

Thelton E. Henderson, Judge
United States District Court