1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XIUFANG SITU, et al.

      Plaintiffs,

    v.

MICHAEL O. LEAVITT,

Secretary of Health and Human Services

      Defendant.

Civil Action No. C06-02841 TEH

**ORDER DENYING REQUEST FOR EXPANDED PAGE LIMITS FOR DEFENDANT'S MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The Court is in receipt of the parties' stipulated request to allow up to 35 pages for the opening and opposition briefs on Defendant's motion to dismiss and up to 25 pages for the reply brief on Plaintiffs' motion for class certification. Because the parties have failed to demonstrate any persuasive need for exceeding the page limits set forth in the Civil Local Rules, their request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: July 12, 2006

                              WILLIAM W SCHWARZER, JUDGE
                                           for
                              THELTON E. HENDERSON, JUDGE
                              UNITED STATES DISTRICT COURT