IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XIUFANG SITU, et al.,

          Plaintiffs,

v.

MICHAEL O. LEAVITT,

          Defendant.

NO. C06-2841 TEH

NOTICE OF DISCLOSURE OF POTENTIAL CONFLICT

It has come to the Court's attention that Assistant United States Attorney Steven J. Saltiel has filed papers in *Williams v. Henderson*, Case No. C06-3116 SBA, seeking to address issues of judicial and prosecutorial immunity. In *Williams*, a plaintiff sued several individuals, including the undersigned judge, and the Court requested representation by the United States Department of Justice, as permitted by regulations promulgated under 28 U.S.C. § 463. It appears that Mr. Saltiel has been assigned to represent the Court's interests.

Because Mr. Saltiel also appears as counsel for Defendant in this case, the Court discloses this potential conflict to all parties. Any party who believes that the Court's recusal is or may be required under these circumstances shall file a written statement on or before **Friday, July 21, 2006**. If necessary, the Court shall schedule a telephonic status conference to discuss the Court's potential recusal. If the Court receives no written statements prior to July 21, then all parties will be deemed to have accepted that there is no conflict of interest in this case.

**IT IS SO ORDERED.**

Dated: 07/17/06

                                                THELTON E. HENDERSON, JUDGE
                                                UNITED STATES DISTRICT COURT