UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

XIUFANG SITU, et al.

    Plaintiffs,

v.

MICHAEL O. LEAVITT,

Secretary of Health and Human Services

    Defendant.

Civil Action No. C06-02841 TEH

[PROPOSED] ORDER REGARDING SCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE

    Upon consideration of the parties' stipulation, it is hereby ORDERED that the Initial Case Management Conference in this matter will take place on August 28, 2006, at 10:00 a.m., in Courtroom 12.

**IT IS SO ORDERED.**

Dated: 07/17/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT