PETER D. KEISLER
Assistant Attorney General
SHEILA M. LIEBER
Deputy Director
JOHN R. GRIFFITHS (D.C. Bar No. 449234)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC  20530
Telephone: (202) 514-4652
Fax:  (202) 616-8460
Email: john.griffiths@usdoj.gov

SCOTT N. SCHOOLS (CSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6996
Fax: (415) 436-6748
Email: steven.saltiel@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIUFANG SITU, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services<br><br>    Defendant. | Civil Action No. C06-02841 TEH<br><br>**STIPULATION REGARDING DEFENDANT'S RESPONSE TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate that Defendant shall have until March 16, 2007 to answer or otherwise respond to Plaintiffs' Third Amended Complaint.

Dated: February 27, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

　　/s/ John R. Griffiths
JOHN R. GRIFFITHS (D.C. Bar No. 449234)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC  20530
Telephone: (202) 514-4652
Facsimile:  (202) 616-8460

SCOTT N. SCHOOLS
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney

Attorneys for Defendant

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Thelton E. Henderson / 03/01/07]

- 2 -