PETER D. KEISLER
Assistant Attorney General
SHEILA M. LIEBER
Deputy Director
JOHN R. GRIFFITHS
Senior Trial Counsel
ERIC R. WOMACK (IL Bar No. 6279517)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Telephone: (202) 514-4020
Facsimile: (202) 616-8460
Email: eric.womack@usdoj.gov

SCOTT N. SCHOOLS (CSBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6996
Facsimile: (415) 436-6748
Email: steven.saltiel@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

XIUFANG SITU, et al.,

    Plaintiffs,

    v.

MICHAEL O. LEAVITT,
Secretary of Health and Human Services

    Defendant.

Civil Action No. C06-02841 TEH

**NOTICE OF APPEARANCE**

    Please enter the appearance of Eric R. Womack as counsel for defendant Michael O. Leavitt, Secretary of Health and Human Services. Mr. Womack's mailing address and other contact information are set forth above. Any service by Federal Express or other private overnight delivery company should be directed to:

| | |
|---|---|
| 1 | Eric R. Womack |
| 2 | Trial Attorney |
| | U.S. Department of Justice |
| 3 | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Avenue NW |
| 4 | Room 7122 |
| | Washington, D.C. 20001 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

STEVEN J. SALTIEL
Assistant United States Attorney

SHEILA M. LIEBER
Deputy Branch Director
Civil Division, Federal Programs Branch

JOHN R. GRIFFITHS
Senior Trial Counsel

 /s/ Eric R. Womack
ERIC R. WOMACK
Trial Attorney
IL Bar No. 6279517
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington, D.C. 20530
Telephone:   (202) 514-4020
Fax:         (202) 616-8460

Attorneys for Defendant

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Thelton E. Henderson / 05/15/07]

- 2 -