JEANNE FINBERG  Bar No. 88333
KEVIN PRINDIVILLE  Bar No. 235835
ANNA RICH Bar No. 230195
National Senior Citizens Law Center
1330 Broadway, Suite 525
Oakland, CA 94612
Tel.: (510) 663-1055; Fax: (510) 663-1051

PATRICIA NEMORE
VICKI GOTTLICH
Center for Medicare Advocacy, Inc.
1101 Vermont Ave, Suite 1001
Washington, DC 20005
Tel.: (202) 216-0028; Fax: (202) 216-0119

GILL DEFORD
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
Tel.: (860) 456-7790; Fax: (860) 456-2614
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIUFANG SITU, JOSEPHINE GUIN, WILLARD ELLIS, KAZIMIERA SOKOLOWSKI, ROSA BEGUN, IRENE CRAM, JO ANN BURBES, VINCENT PERILLO, ED RANDOLPH, CALIFORNIA ALLIANCE FOR RETIRED AMERICANS and ACTION ALLIANCE OF SENIOR CITIZENS, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br>　　　　　　　　Defendant. | CIVIL ACTION NO.: C06-02841   TEH<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1  Please take notice that Jeanne Finberg is leaving the National Senior Citizens Law Center
2  and will no longer be the Directing Attorney or otherwise employed there effective June 14,
3  2007.  The National Senior Citizens Law Center will continue as attorneys for the plaintiffs in
4  this case.  Kevin Prindiville and Anna Rich will remain as plaintiffs' attorneys of record on
5  behalf of the National Senior Citizens Law Center.  Please remove Jeanne Finberg from all
6  correspondence and documents filed in this case, but retain the other attorneys at the National
7  Senior Citizens Law Center.

9  Gill Deford of the Center for Medicare Advocacy will take over as lead attorney in this
10  case on June 15, 2007.  Wey-Wey Kwok will be added as attorney of record on behalf of the
11  Center for Medicare Advocacy, pending the Court's approval of her application for admission
12  *pro hoc vice*.

Respectfully submitted,

Dated: June 12, 2007       By: s/Jeanne Finberg
                           Jeanne Finberg
                           Attorney for Plaintiffs

**IT IS SO ORDERED**
Judge Thelton E. Henderson
06/15/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1