UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIUFANG SITU, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of Health & Human Services,<br><br>       Defendant.<br>_____/ | No. C-06-2841 TEH (EMC)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

Due to the unavailability of Defendant's party representative, Abby Block, at the Further Settlement Conference on September 25, 2007, the parties have requested that the Further Settlement Conference be continued so that Ms. Block can attend (*see* Docket No. 84).

Upon consideration of the request, the Court finds good cause for continuing the Further Settlement Conference to **November 1, 2007, at 9:30 a.m.**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

♦    **Further Settlement Conference statements shall be lodged by hard copy only with Judge Chen's chambers by October 25, 2007.**

All other provisions of and dates set forth in this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

///

1  The parties shall notify Magistrate Judge Chen's chambers immediately if this case settles
2 prior to the date set for Further Settlement Conference.

4  IT IS SO ORDERED.

6 Dated: September 17, 2007

EDWARD M. CHEN
United States Magistrate Judge

2