UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIUFANG SITU, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of Health & Human Services,<br><br>            Defendant.<br>_____/ | No. C-06-2841 TEH (EMC)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

The Court is in receipt of Defendant's December 10, 2007 letter, with both parties requesting that the Further Settlement Conference on December 19, 2007 be continued to January or February 2008. The Court grants the parties' request and continues the Further Settlement Conference to **February 12, 2008, at 10:00 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

♦   **Settlement Conference statements shall be lodged with Judge Chen's Chambers by February 5, 2008. If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of and dates set forth in this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///

///

///

The parties shall notify Magistrate Judge Chen's chambers immediately if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: December 12, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge