UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIUFANG SITU, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT,<br><br>Secretary of Health and Human Services<br><br>      Defendant. | Civil Action No. C06-02841 TEH<br><br>[■■■■■■■■■] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE |

    Upon consideration of the parties' stipulation, it is hereby ORDERED that the Case Management Conference currently scheduled for May 19, 2008, is rescheduled for Monday, June 16, at 1:30 p.m. Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement.

**IT IS SO ORDERED.**

Dated: 5/6/2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT