UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIUFANG SITU, et al.<br><br>       Plaintiffs,<br><br>   v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services<br><br>       Defendant. | Civil Action No. C06-02841 TEH<br><br>[PROPOSED] ORDER REGARDING SCHEDULING OF CASE MANAGEMENT CONFERENCE |

Upon consideration of the parties' stipulation, it is hereby ORDERED that the Case Management Conference currently scheduled for June 16, 2008, is hereby CANCELLED. The parties shall file by June 20, 2008, their joint motion for preliminary approval of their settlement agreement and any supporting papers.

**IT IS SO ORDERED.**

Dated:  06/06/08

THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

Judge Thelton E. Henderson