IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XIUFANG SITU, et al.,

          Plaintiffs,

v.

MICHAEL O. LEAVITT,

          Defendant.

NO. C06-2841 TEH

ORDER RE: FINAL FAIRNESS HEARING

At the final fairness hearing on October 6, 2008, counsel shall be prepared to explain to the Court their positions on whether the notification provisions under 28 U.S.C. § 1715 apply to this case and, if so, whether the appropriate state officials under the statute have been notified.

**IT IS SO ORDERED.**

Dated: 10/01/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT