KEVIN PRINDIVILLE  Bar No. 235835
ANNA RICH Bar No. 230195
National Senior Citizens Law Center
1330 Broadway, Suite 525
Oakland, CA 94612
Tel.: (510) 663-1055; Fax: (510) 663-1051

PATRICIA NEMORE
VICKI GOTTLICH
Center for Medicare Advocacy, Inc.
1025 Connecticut Avenue NW, Suite 709
Washington, DC 20036
Tel.: (202) 293-5760; Fax: (202) 293-5764

GILL DEFORD
WEY-WEY KWOK
Center for Medicare Advocacy, Inc.
P.O. Box 350
Willimantic, CT 06226
Tel.: (860) 456-7790; Fax: (860) 456-2614
Attorneys for Plaintiffs

Additional Counsel listed on following page

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIUFANG SITU, JOSEPHINE GUIN, WILLARD ELLIS, KAZIMIERA SOKOLOWSKI, ROSA BEGUN, IRENE CRAM, JO ANN BURBES, VINCENT PERILLO, ED RANDOLPH, CALIFORNIA ALLIANCE FOR RETIRED AMERICANS and ACTION ALLIANCE OF SENIOR CITIZENS, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br>　　　　　　　　Defendant. | CIVIL ACTION NO.:  C06-02841   TEH<br><br>**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AGREEMENT AND DIRECTING ENTRY OF FINAL JUDGMENT**<br><br>**[Fed. R. Civ. Proc. 23(e)]** |

1  DAVID J. BERGER, State Bar No. 147645
2  JARED L. KOPEL, State Bar No. 126817
   LISA A. DAVIS, State Bar No. 179854
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
6  Facsimile:   (650) 565-5100
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Situ v. Leavitt*, No. C. 06-02841 TEH, Order Granting Final Approval of Settlement Agreement and Directing Entry of Final *Judgment*                                                                                                                                                                            ii

1    The Court has carefully considered the parties' proposed Settlement Agreement
2 ("Agreement"), filed as Exhibit A to the parties' June 19, 2008 joint Motion for Preliminary
3 Approval of Class Settlement, as well as the supporting papers.  A final fairness hearing was held
4 on October 6, 2008.
5    The Court finds that the Agreement is fair, adequate, and reasonable.  It provides
6 meaningful injunctive relief to the Class, including significant and comprehensive changes to the
7 way that low-income Medicare beneficiaries receive the Medicare Part D prescription drug
8 benefit.  The Agreement follows a lengthy period of litigation, discovery and negotiation.  It is
9 the result of arm's-length negotiations between the parties, supervised by Magistrate Judge
10 Edward M. Chen.
11    Notice has been given to the Class in the manner directed by the Court, and there have
12 been no objections to the Agreement.
13    Therefore, IT IS HEREBY ORDERED that:
14    1.    Final approval of the Settlement Agreement is granted.
15    2.    The Court directs entry of Final Judgment, dismissing this action with prejudice,
16 pursuant to the terms of the Agreement and Federal Rule of Civil Procedure 41(a)(1)(ii).  The
17 Final Judgment shall incorporate and be subject to the terms of the Settlement Agreement, as set
18 forth in Agreement § V.  The Clerk shall enter judgment and close the file.
19    3.    The Court awards attorneys' fees as the parties have jointly recommended in
20 Agreement § XV.1.
21    4.    The Court will retain jurisdiction over this matter for the limited purposes and
22 time period set forth in Agreement § VI.3.

24 **IT IS SO ORDERED.**

26 Dated:   10/21/08

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*Situ v. Leavitt*, No. C. 06-02841 TEH, Order Granting Final Approval of Settlement Agreement and Directing Entry of Final Judgment

2